KAPLAN & KATZBERG
ATTORNEYS AT LAW
767 THIRD AVENUE
26TH FLOOR
NEW YORK, N.Y. 10017
TEL. (212) 750-3100    FAX: (212) 750-8628



June 4, 2014

Honorable Frank Maas
Chief United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**BY FACSIMILE TO THE
MAGISTRATE CLERK'S
OFFICE**

Re: <u>United States v. Ralph Harvard</u>
12-mj-01046

**DOC # 65**

Dear Judge Maas:

We represent Ralph Harvard in the above-captioned case and are respectfully requesting permission for him to travel to London, England for business purposes. He would depart for London on July 13, 2014 and return home to New York on July 15, 2014.

On April 8, 2013 the government entered into a deferred prosecution agreement with Mr. Harvard, a copy of which is enclosed. As clarified by the parties by letter to the Court on April 15, 2013, Mr. Harvard was to continue on electronic monitoring with curfew and travel monitored and approved by his Pre-Trial Services Officer.

I have communicated with Assistant U.S. Attorney Rachel Maimin and Pre-Trial Services Officer John Moscato, neither of whom objects to this travel request. However, Officer Moscato advised that his office cannot approve international travel without a court order, which includes the temporary release of his passport and temporary removal of his electronic bracelet, both for the duration of the trip. Upon Mr. Harvard's return to New York, Officer Moscato will re-attach the electronic bracelet and Mr. Harvard will return his passport. All travel and contact

Honorable Frank Maas
United States Magistrate Judge
Southern District of New York
June 4, 2014
Page 2

information has been provided to Officer Moscato. Thank you for Your Honor's consideration of this matter.

Very truly yours,

KAPLAN & KATZBERG

By: *[signature]*
Mayo Schreiber, Jr.

cc:  Rachel Altfest Maimin, A.U.S.A.
     John Moscato, P.T.S.O.  (both by email)

637725-smd

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America

v.

Ralph Harverd,

Defendant.

Deferred Prosecution Agreement

12 Mag. 1046

TO: Ralph Harverd

On April 18, 2012 a criminal complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of committing an offense against the United States, to wit, possession and receipt of child pornography, in violation of 18 U.S.C. § 2252. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of 18 months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Southern or Eastern Districts of New York or the District of New Jersey without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

(8) You shall undertake any and all psychiatric treatment required by your supervising U.S. Pretrial Services Officer, at your own cost, and shall also pay all costs of location monitoring.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
April 8, 2013

PREET BHARARA
United States Attorney for the
Southern District of New York

By: *Rachel Maimin* (signature)
Rachel Maimin
Assistant United States Attorney
Tel.: 212-637-2460

07.29.2012

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
April 8, 2013

_____
United States Pretrial Services Officer

07.29.2012